E-FILED
Thursday, 05 July, 2007  11:29:59 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>  vs.<br><br>JONATHON BROWN,<br>  Defendant. | )<br>)<br>)<br>)   NO. 04 CR 40063<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

NOW COMES the United States by and through the undersigned and hereby moves this court to dismiss the above-entitled matter with prejudice.

/s/Mary L. Fuhr
Mary L. Fuhr
Special Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED THAT the above-entitled matter is dismissed with prejudice.

_____                          _____
Date                                                                       JUDGE JOHN GORMAN

4:04-cr-40063-JAG    # 6    Page 2 of 2