E-FILED
Thursday, 05 July, 2007 03:26:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
JUL 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JONATHON BROWN, <br> Defendant. | ) <br> ) <br> ) <br> ) NO. 04 CR 40063 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

MOTION TO DISMISS

NOW COMES the United States by and through the undersigned and hereby moves this court to dismiss the above-entitled matter with prejudice.

/s/Mary L. Fuhr
Mary L. Fuhr
Special Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED THAT the above-entitled matter is dismissed with prejudice.

7/5/07
Date

S/John A. Gorman
JUDGE JOHN GORMAN